# United States Court of Appeals
## For the First Circuit

No. 14-2146

UNITED STATES,

Appellee,

v.

CISNERO PAREDES-REYES,

Defendant - Appellant.

---

Before

Lynch, Kayatta and Barron,
<u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: January 30, 2017

The joint motion to vacate and remand is granted. Defendant's convictions and sentence are vacated and this matter is remanded to the district court for further proceedings. We express no opinion on the issues briefed on appeal.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:

Hon. Daniel R. Dominguez
Frances Rios de Moran, Clerk, United States District Court for the District of Puerto Rico
German Rieckehoff
Juan E. Alvarez-Cobian
Cisnero Paredes-Reyes

Julia Meconiates
Dennise Noemi Longo-Quinones
Mariana E. Bauza Almonte
Hector E. Ramirez-Carbo
Mainon Schwartz